UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**RAYMOND FORREST**,　　　　　　　　　　　　　**CERTIFICATE OF DEFAULT**

　　　　　　　　　　　Plaintiff(s),　　　　Case No. 1:22-cv-06570-NM-SJB

　　　-against- -

**ANB BABY NY, LLC**

　　　　　　　　　　　Defendant(s).

---------------------------------------------------------------X

　　　I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant ANB BABY NY, LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant ANB BABY NY, LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: April 27, 2023
　　　　Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　　　BRENNA B. MAHONEY, Clerk of Court

　　　　　　　　　　　　　　　　　　　　By: _Jalitza Poveda_
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk